# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131312 & (63)

MARILYN GALENSKI,
      Plaintiff-Appellant/
      Cross-Appellee,

v

ALLSTATE INSURANCE COMPANY,
      Defendant-Appellee/
      Cross-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131312
COA: 255604
Wayne CC: 02-218041-CK

_____/

On order of the Court, the application for leave to appeal the May 11, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The application for leave to appeal as cross-appellant is therefore moot and is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

p0918